# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0853

VERSUS

RICHARD BETHELY

**NOVEMBER 18, 2024**

---

In Re:     Richard Bethely, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           04-10-0664.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                          **MRT**
                          **WRC**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT